[No. 35932-1-I.    Division One.    September 7, 1999.]

MICHAEL J. ELLERMAN, *Appellant*, v. CENTERPOINT PREPRESS, INC., ET AL., *Defendants*, BETTY HANDLY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-17708-9, Maurice M. Epstein, J. Pro Tem., entered December 22, 1994. *Affirmed* by unpublished

opinion per Grosse, J., concurred in by Cox and Ellington, JJ.